CASE CLOSED

**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., formerly known as SUPER 8 MOTELS, INC., a South Dakota Corporation, <br><br> Plaintiff, <br><br> v. <br><br> NALINI INVESTMENTS, INC., a Texas Corporation; PRADIP BHAKTA, an individual; SAM N. DESAI, an individual; HIRABHAI GOPAUL, an individual; KISHOR RANCHHOD, an individual; and MUKESH MAGAN, an individual, <br><br> Defendants. | Civil Action No. 14-cv-7713(CCC)(MF) <br><br> ORDER <br> **FINAL JUDGMENT BY DEFAULT** <br> **AS TO PRADIP BHAKTA ONLY** |

This matter having been opened to the Court by plaintiff, Super 8 Worldwide, Inc., formerly known as Super 8 Motels, Inc. ("SWI"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendant, Pradip Bhakta only, pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on December 11, 2014, seeking damages as a result of the breach of a Franchise Agreement between SWI and Nalini Investments, Inc.; and service of the Summons and Complaint having been effectuated by personal service on Pradip Bhakta on January 27, 2015 in San Antonio, Texas; and it appearing that default was duly noted by the Clerk of the Court against Pradip Bhakta on April 20, 2015 for his failure to plead or otherwise

defend in this action; and the Court having reviewed the papers; and good cause having been shown:

IT IS on this __30th__ day of __June__, 2015,

**ORDERED, ADJUDGED, AND DECREED** that SWI have judgment against Pradip Bhakta, in the total amount of $ 194,654.62, comprised of the following:

a) $188,434.74 recurring fees; and

b) $6,219.88 for attorneys' fees and costs.

_____
**HON. CLAIRE C. CECCHI, U.S.D.J.**